**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 28, 2006

NOTICE OF REASSIGNMENT


To:   All Counsel of Record


Re:   Penn v. Verizon Wireless, Inc.
      Civil Action No.  2:06-cv-00738-VPM

The above-styled case has been  reassigned to Judge Wallace Capel, Jr.

Please note that the case number is now  **2:06-cv-00738-WC**.

This new case number should be used on all future correspondence and pleadings in this action.