IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GERALD PENN, | ) |
| Plaintiff, | ) |
| VS. | ) |
| VERIZON WIRELESS, INC. | ) CASE NO: 2:06-cv-00738-WC |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Gerald Penn, and the Defendant, Verizon Wireless, Inc., stipulate to the dismissal of the Plaintiff's claims against the Defendant with prejudice, each party to bear his own costs. The parties also show unto the Court that they have reached a compromise of the controversies in this case and have entered into a Settlement Agreement manifesting the terms of that compromise.

Executed as of the 13th day of December, 2006.

s/James D. Patterson
**James D. Patterson, Attorney for Plaintiff**
jpatterson@alalaw.com
LAW OFFICES OF EARL P. UNDERWOOD, JR.
21 South Section Street
PO Box 969
Fairhope AL 36533
251.990.5558

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of December, 2006, a copy of the foregoing was served on all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

> Ellen M. Henry
> Verizon Wireless
> One Verizon Place
> Alpharetta, GA  30004-8511

_James D. Patterson_