IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GERALD PENN,                             )
                                         )
      PLAINTIFF,                         )
                                         )
v.                                       )   CASE NO. 2:06cv738-MEF-WC
                                         )
VERIZON WIRELESS, INC.                   )
                                         )
      DEFENDANT.                         )

**FINAL JUDGMENT**

On December 13, 2006, Plaintiff filed a Stipulation of Dismissal with Prejudice (Doc.

# 5) requesting that this action be dismissed with prejudice because the underlying lawsuit

has been resolved.  Defendant has not filed served an answer or a motion for summary

judgment.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby

ORDERED as follows:

      (1)  This action is DISMISSED WITH PREJUDICE.

      (2)  Each party to bear his or its own costs and expenses.

      (3)  The Clerk of the Court is directed to enter this document on the civil docket as a

Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this

file.

      DONE this 28th day of March, 2007.

                              _____/s/  Mark E. Fuller_____
                              CHIEF UNITED STATES DISTRICT JUDGE